DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN THOMAS CRAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2871

————————————————

January 31, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Cynthia J. Dodge, Assistant Public Defender, Bartow; and Andrea M. Norgard, Assistant Public Defender, Bartow (substituted as counsel of record), for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Senior Assistant Attorney General, Tampa; and Cerese Crawford Taylor, Senior Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.